UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

IGOR GORBACH

                Debtor.

_____

**ORDER**

Case No.: 07-73417-dem
(Chapter 13)

Assigned to:
Hon. DENNIS E. MILTON
Bankruptcy Judge

      Federal Trust Bank C/O Dovenmuehle Mortgage Inc., a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 18 River Oaks Way, Palm Coast, FL 32137, of which the Debtor is the owner of record, and

      The motion having come to be heard before this Court and no opposition having been submitted by Michael J. Macco, Esq. , the Chapter 13 Trustee, by the U.S. Trustee, or by Richard F Artura, Esq., counsel for the Debtor, and due deliberation having been had, now

      Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated January 31, 2008, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

      ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 18 River Oaks Way, Palm Coast, FL 32137, and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings .

DATED:   Central Islip, New York
         April 11, 2008

*/s/Dennis E. Milton*
Hon. DENNIS E. MILTON
United States Bankruptcy Judge