DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:                                                                      **STIPULATION AND ORDER**

       IGOR GORBACH,                                       Case No. 07-73417-REG
                                                                              (Chapter 13)
                      Debtor.
_____

      WHEREAS, the debtor, Igor Gorbach, filed a Chapter 13 bankruptcy proceeding on August 31, 2007.

      WHEREAS, DCFS Trust, is the record owner of one (1) 2006 Jeep Grand Cherokee (V.I.N. 1J8HR58N56C147825) (hereinafter "property").

      WHEREAS, on or about October 9, 2008, DCFS Trust filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1) based upon default in payment obligations to DCFS Trust.

      WHEREAS, a hearing was scheduled for November 17, 2008 at 9:30 a.m. before the Honorable Robert E. Grossman in Central Islip, New York.

      WHEREAS, thereafter, the debtor surrendered the property.

      WHEREAS, the parties have agreed to enter into a Stipulation.

      NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1. That the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, DCFS Trust, pursuant to applicable state and federal law, to dispose of its property in accordance with applicable law; namely, one (1) 2006 Jeep Grand Cherokee (V.I.N. 1J8HR58N56C147825).

DATED:  Albany, New York
        November 17, 2008        Yours, etc.

        /s/ Martin A. Mooney
        Martin A. Mooney, Esq.
        DEILY, MOONEY & GLASTETTER, LLP
        Attorneys for DCFS Trust
        Office and P.O. Address:
        8 Thurlow Terrace
        Albany, NY  12203
        Tel:  (518) 436-0344

DATED: November 17, 2008        /s/ Richard F. Artura
        Richard F. Artura, Esq.
        Attorney for Debtor
        Office and P.O. Address:
        165 South Wellwood Avenue
        PO Box 405
        Lindenhurst, New York 11757
        Tel.: (631) 226-2100

**SO ORDERED**:
DATED:        December 9, 2008
        Central Islip, New York        */s/ Robert E. Grossman*
        Hon. Robert E. Grossman
        U.S. Bankruptcy Court Judge
        Eastern District of New York

07.04438